IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TARIS WATSON,

    Plaintiffs,

vs.                              CASE NO.  5:04-CV-386-SPM

HOLMES COUNTY SCHOOL BOARD,

    Defendant.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

Pursuant to the parties' "Notice of Dismissal Reserving Jurisdiction" (doc. 18) filed May 18, 2005 and Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This action is dismissed with prejudice.

2. Each party shall bear its own attorney's fees and costs.

3. All pending motions are denied as moot.

4. The Court reserves jurisdiction for 60 days, during which time any party may move to reopen the case for good cause shown.

**DONE AND ORDERED** this twenty-third day of May, 2005.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge

/pao